IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02442–EWN–BNB

FREDERICK P. HARRISON (Pro Se),
C.L.H. and J.Y.H. (Children), appearing by and through
  their father Frederick P. Harrison,
CHRISTINA A. HARRISON (Pro Se), and
I.A.H. (A Child), appearing by and through
  his mother Christina A. Harrison,

    Plaintiffs,

v.

JUDGE DAVID A. GILBERT, Fourth Judicial District Court,
  El Paso County, Colorado,
THE PEOPLE OF THE STATE OF COLORADO,
JOHNNY BOHNEN, El Paso County Attorney Office for the
Department of Human Services,
DIANE C. BOLDT, Guardian ad Litem,
ANN ROTOLO, Guardian ad Litem,
PHILLIP BRADLEY SHARP, ESQ.,
BRYAN HUNT, ESQ.,
DETECTIVE KEN LARSON, El Paso County Sheriff Office, and
TINA-MARIE T. HARRISON,

    Defendants.

**ORDER**

Upon consideration of the rule 60(b) motion filed by Plaintiffs, the court finds that it is a continuation of the same frivolous, incomprehensible, and legally-incorrect material which preceded their recent unsuccessful appeal. Accordingly, it is

ORDERED that the motion (#83) be DENIED

Dated this 24th day of April, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge