IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 03–cv–02442–EWN–BNB


FREDERICK P. HARRISON (Pro Se),
C.L.H. and J.Y.H. (Children), appearing by and through
  their father Frederick P. Harrison,
CHRISTINA A. HARRISON (Pro Se), and
I.A.H. (A Child), appearing by and through
  his mother Christina A. Harrison,

      Plaintiffs,

v.

JUDGE DAVID A. GILBERT, Fourth Judicial District Court,
  El Paso County, Colorado,
THE PEOPLE OF THE STATE OF COLORADO,
JOHNNY BOHNEN, El Paso County Attorney Office for the
Department of Human Services,
DIANE C. BOLDT, Guardian ad Litem,
ANN ROTOLO, Guardian ad Litem,
PHILLIP BRADLEY SHARP, ESQ.,
BRYAN HUNT, ESQ.,
DETECTIVE KEN LARSON, El Paso County Sheriff Office, and
TINA-MARIE T. HARRISON,

      Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff's motion (#85) for relief from the court's order

and judgment entered September 15, 2004.  The court, having reviewed the motion, finds and

concludes that, although lengthy, it fails to set forth any cogent reason for this court to grant the

relief requested.  The motion for relief from judgment is therefore DENIED.

Dated this 19th day of June, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge