IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02442-EWN-BNB

FREDERICK P. HARRISON, (Pro Se),
C.L.H. and J.Y.H. (Children) appearing by and through
  their father Frederick Harrison,
CHRISTINA A. HARRISON, (Pro Se), and
I.A.H. (A Child), appearing by and through
  his mother Christina A. Harrison,

        Plaintiffs,

v.

JUDGE DAVID A. GILBERT, Fourth Judicial District Court,
   El Paso County, Colorado,
THE PEOPLE OF THE STATE OF COLORADO,
JOHNNY BOHNEN, El Paso County Attorney Office for the
   Department of Human Services,
DIANE C. BOLDT, Guardian ad Litem,
ANN ROTOLO, Guardian ad Litem,
PHILLIP BRADLEY SHARP, ESQ.,
BRYAN HUNT, ESQ.,
DETECTIVE KEN LARSON, El Paso County Sheriff Office, and
TINA-MARIE T. HARRISON,

        Defendants.

## ORDER TO CURE DEFICIENCY

Nottingham, Chief Judge

Plaintiffs' submitted a Amended Notice of Appeal on June 29,2007 . The court has determined that the document is deficient as described in this order. Plaintiffs' will be directed to cure the following if wishes to pursue this appeal.

**(A)**    **Filing Fee**
       X   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

<u>X</u>   is not submitted
\_\_   is not on proper form (must use the court's current form)
\_\_   is missing original signature by plaintiff/petitioner on motion
\_\_   is missing affidavit
\_\_   affidavit is incomplete
\_\_   is missing original signature by plaintiff/petitioner on affidavit
\_\_   affidavit is not notarized or is not properly notarized
\_\_   other_____

Accordingly, it is

ORDERED that Plaintiffs' cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiffs' filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs', together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiffs' fail to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 5th day of July, 2007.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO